UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON BARNETTE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. 2:23-cv-2632 TLN AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se. On March 17, 2025, respondent filed a motion to dismiss the petition as unexhausted. ECF No. 17. The court then issued a notice advising petitioner of the exhaustion requirement in habeas cases, directing him to file a response to the motion to dismiss, and informing him that he could file a motion for a stay with his response. ECF No. 19. Petitioner was cautioned that if he chose to file a motion for stay, he was still required to file a response to the motion to dismiss. Id. at 3.

Petitioner has filed a motion to stay (ECF No. 20) but has not filed a response to the motion to dismiss and the time for doing so has passed. Good cause appearing, petitioner will be given one more opportunity to respond to the motion to dismiss. A response should include petitioner's position on whether the entire petition is unexhausted. If petitioner fails to respond to the motion to dismiss, it will be deemed a waiver of any opposition to the motion to dismiss and may result in a recommendation that the motion to dismiss be granted in the event the motion for a stay is denied.

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.

DATED: April 23, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE