UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON BARNETTE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:23-cv-2632 TLN AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a motion to correct his sentence under Penal Code § 654 and request for remand to the trial court. ECF No. 14. The motion seeks relief under state law authority and will therefore be denied without prejudice to petitioner pursuing his claims in state court. See Middleton v. Cupp, 768 F.2d 1083, 1085 (9th Cir. 1985) (habeas relief not available for state law errors of any kind). To the extent petitioner makes conclusory allegations of that his rights to due process and ineffective assistance of counsel were also violated (ECF No. 14), he has already raised these claims in the petition (ECF No. 7 at 7, 23-26).[1]

////

---

[1] Respondent has moved to dismiss the petition as unexhausted (ECF No. 17) and petitioner has moved for a stay (ECF Nos. 20, 26). These motions will be addressed separately and in due course.

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's motion to correct his sentence
2 under Penal Code § 654 and remand to state court (ECF No. 14) is DENIED without prejudice to
3 petitioner pursuing his claims in the appropriate state court.
4 DATED: October 1, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE